ERIC LOCKHART V-17246
KVSP B3-104 up
P.O. BOX 5102
Delano, CA 93216



-------------------------------------------------------------------------

2/7/2008

UNITED STATE DISTRICT COURT                    CASE # **CV-07-5762   JSW (PR)**
NORTHERN DISTRICT of CALIFORNIA,


   Enclosed with this letter is a copy of the deniel from the
SUPREME COURT OF CALIFORNIA. All of my claims are exhausted in the
state courts.

   On NOV.31, 2007 I sent my petition for writ of habeas corpus to
this court. The court sent me an In forma pauperis application to
fill out and send back to the court before DEC 14, 2007. ON 12/3/07
the litigation office here at kern valley state prison signed the
certificate of funds and attached my account transaction for the
most recent 6-month period, and sent it to the court.
Also with this letter I'm sending a copy of the In forma pauperis
application. The reason why is I don't know if the Institution sent
it back on time. I've haven't heard anything from the court.



                                        Respectfully,

                                        Eric Lockhart



UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

USA 41

39