ERIC LOCKHART V-17246
KERN VALLEY STATE PRISON
B3- 104 P.O. BOX 5102
Delano, CA 93216



MARCH 18, 2008

United State District Court
450 Golden Gate Avanue
San Francisco, 94102

Attention Clerk:

    MY case NO.# is CV 07 5762 JSW (PR), I'm writing this letter in regard to my In forma pauperis application. I a second copy to the court in FEB, 2008.
    I need to know if it was received on time, because here at kern valley state prison, there's been a problem with legal mail going out and coming in to inmates.
    Could please get back to me, and let me know if my hebaes corpus was dismissed. I'm sending a self addressed envelope with postage for your convenience.

SINCERELY

*Eric Lockhart*

ERIC LOCKHART