IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC LOCKHART, | ) | No. C 07-5762 JSW (PR) |
| Petitioner, | ) ) ) | **JUDGMENT** |
| vs. | ) ) | |
| TONY HEDGEPETH, Warden, | ) ) | |
| Respondent. | ) ) ) | |

The Court has dismissed the instant habeas petition without prejudice. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: April 3, 2008

*Jeffrey S. White*

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERIC LOCKHART,

        Plaintiff,

  v.

TONY HEDGPETH et al,

        Defendant.

Case Number: CV07-05762 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Lockhart V-17246
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216

Dated: April 3, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk